1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVASBN 0722)
3  Chief, Criminal Division

4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94618
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. 05-00749 CW
14                                  )
         Plaintiff,                 )   STIPULATION AND ORDER
15                                  )   CONTINUING COURT DATE
         v.                         )
16                                  )
   CHARRIZA CARANGALAN MALUTO       )
17                                  )
         Defendant.                 )
18                                  )
                                    )
19

20      It is hereby stipulated by and between the parties that change of plea court date in the above

21 captioned case, which is currently set for March 27, 2006 at 2:30 p.m., be continued to April 24,

22 2006 at 2:30 p.m.  The reason for the requested continuance is that counsel for the government

23 was only able to provide a draft copy of the proposed plea agreement to counsel for the defense

24 on Wednesday, March 22, 2006.   Counsel for the defense will not be able to go over the plea

25 agreement with his client by Monday's scheduled court appearance.  In addition, counsel for the

26 defense will be in trial over the next few weeks and will not be able to meet with his client until

27 some time after April 17, 2006.

28

STIPULATION AND ORDER CONTINUING COURT DATE

The parties request that the time be excluded under the provisions of the Speedy Trial Act until April 24, 2006 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for continuity of counsel and effective preparation of counsel as set forth under 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: March ___, 2006

ALICIA W. FENRICK
Assistant United States Attorney

DATED: March ___, 2006

ROBERT BELES
Counsel for Defendant

### ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the change of plea date in the above captioned case be continued to April 24, 2006 at 2:30 p.m.  IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to April 24, 2006 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for continuity of counsel and effective preparation of counsel under 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: March 27, 2006

CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER CONTINUING COURT DATE